IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1-18CR-075 |
| RESHAWN MOSSES LEAL (1)<br>JEOPHREY RAUL MURRIETA (2) | |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Assaulting a Federal Officer Resulting in Bodily Injury
### (Violation of 18 U.S.C. §§ 111(a)(1), 111(b))

On or about May 30, 2018, in the Abilene Division of the Northern District of Texas, and elsewhere, **Reshawn Mosses Leal** and **Jeophrey Raul Murrieta**, defendants, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, to wit: correctional officer Richard Hunt, a correctional officer with the Big Spring Federal Correctional Institution, while said officer was engaged in, and on account of, the performance of his official duties, and in doing so inflicted bodily injury on Officer Richard Hunt.

In violation of Title 18, United States Code, Sections 111(a)(1), 111(b).

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
STEPHEN J. RANCOURT
Assistant United States Attorney
Texas State Bar No. 24079181
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7398
Facsimile:   806-472-7394
E-mail:      stephen.rancourt@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

UNITED STATES OF AMERICA

v.

RESHAWN MOSSES LEAL (1)
JEOPHREY RAUL MURRIETA (2)

INDICTMENT

COUNT 1: ASSAULTING A FEDERAL OFFICER RESULTING IN BODILY INJURY
Title 18, United States Code, Sections 111(a)(1), 111(b).
(1 COUNT)

A true bill rendered:

Lubbock _____ Foreperson

Filed in open court this __14th__ day of __November__, A.D. 2018.
ARREST WARRANTS TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE