# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-10765

UNITED STATES OF AMERICA,

                Plaintiff-Appellee

v.

JEOPHREY RAUL MURRIETA,

                Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas

O R D E R:

    Aaron R. Clements, court-appointed counsel for Jeophrey Raul Murrieta, moves for leave to withdraw in this direct criminal appeal. Clements asks that this court substitute retained counsel, Elon Berk. Murrieta has informed the court that he wants to be represented by Berk on appeal.

    The motion to withdraw and to substitute retained counsel is GRANTED, and Clements is relieved of further responsibilities in this appeal, but this order shall be effective only upon Berk's filing of a notice of appearance within 30 days of the date of this order.

    FOR THE COURT:                /s/ Kim B. Tycer

                                            KIM B. TYCER
                                            DEPUTY CLERK

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 16, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-10765    USA v. Jeophrey Murrieta
                          USDC No. 1:18-CR-75-2

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Casey A. Sullivan, Deputy Clerk
                          504-310-7642

Mr. Elon Berk
Mr. Aaron Ray Clements
Ms. Karen S. Mitchell
Mr. Jeophrey Raul Murrieta
Ms. Leigha Amy Simonton