

United States Court of Appeals
for the Fifth Circuit

Certified as a true copy and issued as the mandate on Apr 29, 2021

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 7, 2021
Lyle W. Cayce
Clerk

No. 19-10765
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

JEOPHREY RAUL MURRIETA,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:18-CR-75-2

Before JONES, BARKSDALE, and STEWART, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

April 29, 2021

Ms. Karen S. Mitchell
Northern District of Texas, Abilene
United States District Court
341 Pine Street
Room 2008
Abilene, TX 79604

    No. 19-10765   USA v. Murrieta
                           USDC No. 1:18-CR-75-2

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

cc:
    Mr. Elon Berk
    Mr. Brian W. Portugal
    Ms. Leigha Amy Simonton